ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN KUMAR,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.<br>Defendants. | CASE NO. 1:26-CV-05709-KES-FJS<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to his filing of a Form I-485, Application for Adjustment of Status under the Immigration and Nationality Act. Plaintiff served the current complaint on August 5, 2026, making the deadline for Defendants to respond October 5, 2026. Counsel for Defendants and the assigned agency counsel have only very recently communicated regarding this case and information relating to status in order to confirm the agency position on this case. More time is needed to discuss the case and allow the parties to meaningfully meet and confer regarding status and next steps. Given this status, the parties wish to extend the current deadline to allow the parties to meet and confer as may be appropriate. Accordingly, the parties hereby jointly stipulate to extend the current deadline for approximately thirty (30) days, to and including November 4, 2026. The parties further ask the court to similarly extend any other deadlines and proceedings for a similar period of time.

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is November 4, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: October 5, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Arthur Minas (as authorized on October 5, 2026)*
ARTHUR MINAS
Counsel for Plaintiff

ORDER

Based on the above stipulation by the parties, it is hereby ORDERED that:

1. Defendants shall have through and including November 4, 2026, to file an answer or other responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: **October 6, 2026**

UNITED STATES MAGISTRATE JUDGE