UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN KUMAR<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | Case No. 1:26-CV-05709-KES-FJS<br>ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME<br>(ECF No. 7) |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to his filing of a Form I-485, Application for Adjustment of Status under the Immigration and Nationality Act. The parties previously jointly stipulated and the Court granted an extension through and including October 5, 2026. ECF ## 5, 6. Counsel for Defendants and Plaintiff have opened a dialogue relating to the facts of this case and applicable law. More time is needed to discuss the law and meaningfully confer in advance of the potential filing of a Motion to Dismiss. Given this status, the parties wish to extend the current deadline to allow the parties to continue the meet and confer process. Accordingly, the parties hereby jointly stipulate to extend the current deadline for approximately thirty (30) days, to and including December 4, 2026. The parties further ask the Court to similarly extend any other deadlines and proceedings for a similar period of time.

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is December 4, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: November 4, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Arthur Minas (as authorized on November 4, 2026)*
ARTHUR MINAS
Counsel for Plaintiff

# ORDER

Based on the joint stipulation of the Parties (ECF No. 7) and for good cause appearing, the court HEREBY ORDERS that:

(1) Defendants shall have through and including December 4, 2026, to file an answer or other responsive pleading to Plaintiff's Complaint; and

(2) All other deadlines shall be extended accordingly.

IT IS SO ORDERED.

Dated: **November 5, 2026**

UNITED STATES MAGISTRATE JUDGE