UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN KUMAR,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | Case No. 1:26-CV-05709-KES-FJS<br><br>ORDER CONTINUING THE DECEMBER 1, 2026, SCHEDULING CONFERENCE |

On November 5, 2026, this court ordered (ECF No. 8) Defendants to file their responsive pleading no later than December 4, 2026. Because there is currently no responsive pleading in this action, the court finds it necessary to continue the scheduling conference currently set for December 1, 2026. Accordingly, the SCHEDULING CONFERENCE currently set for December 1, 2026, is continued to <u>January 28, 2027, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer</u>.

The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **November 25, 2026**

UNITED STATES MAGISTRATE JUDGE